JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>KAIRN BORZAKIAN, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00396-TJH-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Declining To Adopt Report And Recommendation And Dismissing Complaint On The Merits, IT IS ADJUDGED that:

1. The claims against Susan Tannenbaum a.k.a. Kairn Borzakian, Melissa Decker a.k.a Melissa Chesslock, and Ruby Arias are **dismissed with prejudice** based on prosecutorial immunity;

2. The claims against Judges Daniel Feldstern, Kathryne Stoltz, and Shari Silver are **dismissed with prejudice** based on judicial immunity;

3. The claims against Kevin Avery, Michael Tanner, and Lisa Basis, Ashfaq Chowdhury and Devon Hein are **dismissed with prejudice**

because attorneys appointed to represent a defendant in a criminal action are not state actors under 42 U.S.C. § 1983;

4. The claims against Officers Nelson Fong and Mark Richardson are **dismissed without prejudice** based on Heck v. Humphrey, 512 U.S. 477, 487 (1994);

5. All other claims arising out of Plaintiff's state court criminal convictions are **dismissed without prejudice** based on Heck;

6. The claims arising out of Plaintiff's imprisonment are **dismissed without prejudice** because Plaintiff failed to provide sufficient facts about the incidents.

DATED: MAY 11, 2021

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE